AO 91 (Rev. 5/85) Criminal Complaint  ⊕

# United States District Court

_____ DISTRICT OF NEW MEXICO _____

UNITED STATES OF AMERICA

V.

ARNOLD, Collie
DOB:07/03/1971
BAILEY, Michael
DOB:07/04/1968

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 01-4648m

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about MAY 19, 2001 in HIDALGO county, in the

_____ District of NEW MEXICO _____ defendant(s) did, (Track Statutory Language of Offense)

Knowingly and intentionally possess and conspire to possess with intent to distribute a controlled substance to wit: approximately 1,339.5 lbs/608.86 kilos (gross weight) of marijuana.

in violation of Title 21 United States Code, Section(s) 841 & 846

I further state that I am a(n) Task Force Officer and that this complaint is based on the following
Official Title

facts: On or about May 19, 2001, ARNOLD, Collie and BAILEY, Michael entered into the eastbound I-10 port of entry in Lordsburg, New Mexico in a tractor trailer rig owned by ARNOLD. Subsequent to initial inspection of the logbooks by the port inspector, she noticed what she thought was a violation and secondaried ARNOLD and BAILEY. Upon further inspection by Inspector Kerr, he then requested and received written consent from ARNOLD (owner /operator) to search the tractor/trailer rig with a K-9. Subsequent to the K-9 giving a positive alert to the trailer, a search into the front portion of trailer revealed boxes containing cellophane wrapped bundles of a substance that field tested positive for marijuana, a controlled substance weighing approximately 1,339 pounds. ARNOLD and BAILEY were then arrested and read their Miranda warning prior to being questioned as to their involvement in the incident. Both subjects then gave verbal statements as to their complicity in the offense. This quantity is consistent with distribution.

Continued on the attached sheet and made a part        ☐ Yes    ☒ No

_____
Oscar Berralez
Signature of Complainant

Sworn to before me, and subscribed in my presence,

May 22, 2001
Date

at Las Cruces, New Mexico
City and State

U.S Magistrate Court Judge Joe H. Galvan
Name and Title of Judicial Officer

_____
Signature of Judicial Officer